UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:01CR107 |
| | ) | |
| v. | ) | |
| | ) | |
| RONALD KEMP, | ) | ORDER TO SHOW CAUSE |
| Defendant, | ) | AND TO WITHHOLD |
| | ) | |
| and | ) | |
| | ) | |
| OMAHA TRIBE, | ) | |
| Garnishee. | ) | |

The Court having considered the Plaintiff's Petition and supporting affidavit, having considered the file, being fully advised in the premises and good cause appearing therefor, it is hereby

ORDERED that a duly authorized legal representative of the garnishee, Omaha Tribe, shall appear before this Court in Courtroom 3 of the Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on the 26th day of February, 2010, at the hour of 8:30 a.m., to answer the Writ of Continuing Garnishment; it is further

ORDERED that the garnishee shall withhold property as provided in the Writ prior to the hearing date.

DATED: February 9, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
U.S. DISTRICT COURT JUDGE